UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   upon the relation and<br>   for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>      v.<br><br>ADDITIONAL RIGHTS WITH RESPECT<br>TO PREEXISTING EASEMENTS OVER<br>LAND IN HICKMAN COUNTY,<br>TENNESSEE, and<br>JERRY W. DEAL, ET UX.<br>Defendants | Civil Action No. 1:07-cv-00092<br>Judge Wiseman (LEAD CASE) |

   **CONSOLIDATED WITH**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   upon the relation and<br>   for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>      v.<br><br>ADDITIONAL RIGHTS WITH RESPECT<br>TO A PREEXISTING EASEMENT OVER<br>LAND IN HICKMAN COUNTY,<br>TENNESSEE, and<br>JERRY I. ALLISON, ET UX.<br>Defendants | Civil Action No. 1:07-cv-00094<br>Judge Wiseman |

### ORDER TO REOPEN AND SEVER CASES

     For good cause shown, the Court hereby grants Plaintiff's motion to reopen these actions

for the limited purposes set forth below, and that a consent Judgment and Order Disbursing

1

Funds in No. 1:07-cv-00094, which has been tendered to the Court by Plaintiff's motion, then shall be entered.

It is, therefore, ORDERED that:

1. These consolidated actions are hereby reopened and severed for the purpose of entering a consent Judgment and Order Disbursing Funds in No. 1:07-cv-00094.

2. After said consolidated actions are severed, No. 1:07-cv-00092 shall be administratively closed as previously provided for herein (DN 26) since a Judgment and Order Disbursing Funds has been entered in said action (DN 24).

3. After the consent Judgment and Order Disbursing Funds in No. 1:07-cv-00094, which was tendered to the Court by Plaintiff's motion, is entered and the disbursement provided for in said Judgment and Order is made, No. 1:07-cv-00094 also shall be administratively closed.

It is so ORDERED.

_____
United States District Judge

003872542